# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **HUBERT LEE DUNCAN,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Officer CANDACE SIMMONS, GDOC Comm's BRIAN OWENS, MEDICAL COLLEGE OF GEORGIA, Warden ALEXIS CHASE, Health Admin. CALVIN RAMSEY, Deputy Warden MATHOL JORDAN, Deputy Warden SANDRA ABRAMS, Dr. HALE BURNSIDE, Nurse TABILE HURCLAND, Cpt. PATRICIA CHATMAN, Sgt. NICHOLAS HURSE, Lt. DELOIS PEAL, and Lt./Sgt. CHRISTOPHER BINN,**<br><br>　　　　Defendants. | Civil Action 5:10-CV-390 (HL) |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Charles H. Weigle (Doc. 5), entered on November 9, 2010. The Magistrate Judge recommends that Defendants the Medical College of Georgia, Jordan, Abrams, Ramsey, Owens, Chase, and Burnside be dismissed from this action.

Plaintiff has filed an objection (Doc. 7) to the recommendation to dismiss Defendants Owens, Chase, and Jordan. The Court has made a *de novo* review of the portions of the Recommendation to which objection has been made. After careful consideration, the Court accepts and adopts the findings, conclusions, and

recommendations of the Magistrate Judge. Defendants the Medical College of Georgia, Jordan, Abrams, Ramsey, Owens, Chase, and Burnside are dismissed from this action.

At the end of his objection, Plaintiff requests that the Court grant him an extension of time to file an objection with regard to the recommendation to dismiss Defendants the Medical College of Georgia, Abrams, Ramsey, and Burnside. Plaintiff has provided no reason why an extension of time is necessary. Thus, the motion for an extension of time to file any additional objections is denied.

**SO ORDERED**, this the 7th day of December, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh