IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| HUBERT LEE DUNCAN, | : | |
| Plaintiff | : | |
| vs. | : | |
| TABILE HURCLAND, *et al.,* | : | NO. 5:10-CV-390 (HL) |
| Defendants | : | **O R D E R** |

Plaintiff **HUBERT LEE DUNCAN**, an inmate at Coastal State Prison, has filed a motion to proceed *in forma pauperis* on appeal (Doc. 52) from the Court's Order (Doc. 48) accepting United States Magistrate Judge Charles H. Weigle's recommendation (Doc. 42) that Defendants' motion to dismiss be granted. In the Court's best judgment, the appeal is frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, Plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because Plaintiff has stated that he cannot pay the fee immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account (to the extent the account balance exceeds $10) until the $455 appellate filing fee has been paid in full. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to send a copy of this Order to the business manager at Coastal State Prison.

2

**SO ORDERED**, this 15th day of November, 2011.

                                      *s/ Hugh Lawson*
                                      HUGH LAWSON
                                      UNITED STATES DISTRICT JUDGE

cr